

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORRIS AKERMAN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CLEANTECH SOLUTIONS INTERNATIONAL, INC.,<br><br>　　　　　　　Defendant. | Case No.: 1:17-cv-06635-WFK-ST |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Morris Akerman voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 2, 2018

STULL, STULL & BRODY

　/s/ Michael J. Klein
Aaron L. Brody
Michael J. Klein
6 East 45th Street
New York, NY 10017
Phone: (212) 687-7230
Fax: (212) 490-2022
abrody@ssbny.com
mklein@ssbny.com

*Attorneys for Plaintiff*

The application is ___ granted.
SO ORDERED　　　　denied.
　　　　s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: January 2, 2018
　　Brooklyn, New York